IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

  v.

CHILDREN HOSPITAL RESEARCH CENTER IN OAKLAND, et al.,

    Defendants.

No. C 13-02017 WHA

**ORDER TO SHOW CAUSE**

Pro se plaintiff John Shek filed a complaint against defendant on May 2, 2013. On June 20, 2013, defendant filed a motion to dismiss the complaint. Pursuant to Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motions was due on July 8, 2013. That date has come and gone and no response has been received. Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted. Plaintiff's response is due by **NOON ON JULY 16**.

Plaintiff is hereby warned that failure to timely respond may result in the motion to dismiss being granted or the action being dismissed for failure to prosecute.

Defendants have re-noticed the hearing on their motion for August 22, 2013. This is too long. The hearing scheduled for **AUGUST 1, 2013**, **AT 8:00 A.M.**, shall remain on the calendar. Additionally, the case management conference scheduled for August 1, 2013 shall go ahead as scheduled.

**IT IS SO ORDERED.**

Dated: July 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE