United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

      Plaintiff,

    v.

CHILDREN HOSPITAL RESEARCH
CENTER IN OAKLAND, et al.,

      Defendants.

                              /

No. C 13-02017 WHA

**ORDER TO SHOW CAUSE**

      Pro se plaintiff John Shek filed a complaint against defendant on May 2, 2013. On June 20, 2013, defendant filed a motion to dismiss the complaint. Pursuant to Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motions was due on July 8, 2013. That date has come and gone and no response has been received. Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted. Plaintiff's response is due by **NOON ON JULY 16**.

      Plaintiff is hereby warned that failure to timely respond may result in the motion to dismiss being granted or the action being dismissed for failure to prosecute.

      Defendants have re-noticed the hearing on their motion for August 22, 2013. This is too long. The hearing scheduled for **AUGUST 1, 2013**, **AT 8:00 A.M.**, shall remain on the calendar. Additionally, the case management conference scheduled for August 1, 2013 shall go ahead as scheduled.

      **IT IS SO ORDERED.**

Dated:   July 10, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE