UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHEK,<br><br>Plaintiff,<br><br>v.<br><br>CHILDREN'S HOSPITAL RESEARCH CENTER IN OAKLAND, ET. AL.<br><br>Defendants.<br><br>Defendants. | Case Number: 13-CV-02017 WHA<br><br>**ORDER GRANTING REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Having considered Counsel for the National Labor Relations Board, Micah Berul, Linda Dreeben, and Joseph Frankl's Request to Participate in the Case Management Conference by Telephone dated August 15, 2013, the Court finds that, in light of the compelling circumstances of this case, Counsel will be allowed to participate by telephone in the Case Management Conference and in the separate hearing on Defendant Children's Hospital Research Center in Oakland's Motion to Dismiss, and hereby ORDERS that Counsel for the National Labor

Relations Board, Micah Berul, Linda Dreeben, and Joseph Frankl's Request to Participate in the Case Management Conference by Telephone is GRANTED, and that Counsel for National Labor Relations Board, Micah Berul, Linda Dreeben, and Joseph Frankl are permitted to participate by telephone at the Case Management Conference on Thursday, August 22, 2013 at 11:00 a.m. Pacific Time, and in the Motions Hearing on Defendant Children's Hospital Research Center in Oakland's Motion to Dimiss, on Thursday, August 22, 2013, at 8:00 a.m. Pacific Time.

Please contact Dawn Toland at 415-522-2020 to give her NLRB's telephone number where counsel can be reached at 11:00 a.m.

Dated at San Francisco, California this __15th__ day of August, 2013.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

---

DEFENDANT'S PROPOSED ORDER GRANTING REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE;
CASE NO. 13-CV-02017 WHA

2