IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

CHILDREN'S HOSPITAL & RESEARCH CENTER OF OAKLAND, CALIFORNIA NURSES ASSOCIATION, NATIONAL LABOR RELATIONS BOARD, et al.,

    Defendants.

No. C 13-2017 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting defendants' motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Children's Hospital & Research Center of Oakland, et al., and against John Shek. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE