1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

        Plaintiff,

  v.

CHILDREN'S HOSPITAL & RESEARCH
CENTER OAKLAND, et al.,

        Defendants.

_____/

No. C 13-02017 WHA

**ORDER DENYING MOTION
FOR STAY PENDING APPEAL
AND GRANTING APPLICATION
TO PROCEED *IN FORMA
PAUPERIS* ON APPEAL**

      Mr. Shek has filed a notice of appeal of an order and judgment dismissing this action on

the ground of *res judicata* (Dkt. No. 106).  Following review of Mr. Shek's accompanying

declaration, Mr. Shek's application to proceed *in forma pauperis* on appeal is **GRANTED**.

      Mr. Shek also seeks to stay the judgment pending appeal.  Deciding whether to grant a

stay pending appeal requires balancing four factors:  (1) whether the applicant has made a strong

showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably

injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties

interested in the proceeding; and (4) where the public interest lies.  *Hilton v. Braunskill*, 481 U.S.

770, 776 (1987).

      Upon review of Mr. Shek's rambling and often incomprehensible motion papers, this

order finds that he has not made a strong showing that he is likely to succeed on the merits.  Nor is there any basis to conclude that Mr. Shek will be irreparably harmed absent a stay.  It is not necessary, therefore, to address the other balancing factors.  The motion for a stay pending appeal is **DENIED**.

        **IT IS SO ORDERED.**

Dated:   October 15, 2013.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California