IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

CHILDREN'S HOSPITAL & RESEARCH CENTER OAKLAND, et al.,

    Defendants.

No. C 13-02017 WHA

**ORDER DENYING REQUEST FOR TRANSCRIPT FEE WAIVER**

    Mr. Shek has filed a motion for waiver of transcript fees pursuant to a range of statutes listed as "28 USC 2254–2241." This order will construe the request as motion under 28 USC 2250, which provides for indigent petitioners in *habeas* actions to be provided with copies of the record without cost. This is not a habeas action and Section 2250 is inapplicable. The motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated: October 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE