IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

CHILDREN HOSPITAL RESEARCH
CENTER IN OAKLAND, et al.,

    Defendant.
                                           /

No. C 13-02017 WHA

**ORDER TO SHOW CAUSE**

    Defendant Children Hospital Research Center in Oakland filed a motion to declare pro se plaintiff John Shek a vexatious litigant. Pursuant to Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due on November 21, 2013. To date, plaintiff has filed no opposition or statement of non-opposition. Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted. Plaintiff's response is due by **NOON ON DECEMBER 11**.

    Plaintiff shall appear at the hearing currently scheduled for **DECEMBER 12, 2013, AT 8:00 A.M.**, and show good cause for his failure to oppose defendant's motion. Plaintiff is hereby warned that failure to timely respond or appear may result in the motion to declare plaintiff a vexatious litigant being granted.

    **IT IS SO ORDERED.**

Dated: December 4, 2013.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE