IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

  v.

CHILDERN HOSPITAL RESEARCH CENTER IN OAKLAND, et al.,

    Defendants.

No. C 13-02017 WHA

**ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

*Pro se* John Shek has repeatedly filed a number of unsuccessful actions in this district. *See Shek v. ACE-USA/ESIS, et al.*, No. 3:13-mc-80296-JSW (N.D. Cal. Dec. 30, 2013); *Shek v. Children Hospital Research Center in Oakland, et al.*, No. 3:13-cv-02017-WHA (N.D. Cal. May 2, 2013); *Shek v. Childrens Hospital Research Center of Oakland, et al.*, No. 3:12-cv-04517-WHA (N.D. Cal. Aug. 28, 2012); *Shek v. Children Hospital & Research Center at Oakland*, No. 4:11-cv-01968-PJH (N.D. Cal. Apr. 22, 2011); *Shek v. United States Government National Labor Relations, Region 32, et al.*, No. 3:11-cv-00212-WHA (N.D. Cal. Jan. 13, 2011); *Shek v. The Summit Alta Bates Medical Center*, No. 3:10-cv-05327-WHA (N.D. Cal. Nov. 23, 2010); *Shek v. Children Hospital & Research Center at Oakland, et al.*, No. 4:10-cv-04684-DMR (N.D. Cal. Oct. 18, 2010); *Shek v. California Nurses Association*, No. 4:10-cv-04031-PJH (N.D. Cal. Sept. 3, 2010); *Shek v. California Nurses Association/Caregivers and Healthcare Employees Union, et al.*, 3:10-cv-01483-EMC (N.D. Cal. Aug. 10, 2010); *Shek v. Stanford University Medical Center, et al.*, No. 4:07-cv-00871-PJH (N.D. Cal. Feb. 9, 2007); *Shek v. VA Medical Center Department of Veteran, et al.*, No. 4:05-cv-00405-SBA (N.D. Cal. Jan. 27, 2005); *Shek v. Graf*, No. 3:99-cv-05077-MEJ (N.D. Cal. Nov. 29, 1999). He has also filed motions to recuse various judges and "set aside" rulings. In December 2012, John Skek was found to have knowingly persisted in serving process against

the wrong defendant — a retired firefighter. *Children's*, No. 3:12-cv-04517-WHA (N.D. Cal. Dec. 13, 2012) (Dkt. No. 66).

In this action, in brief, John Shek alleged wrongful termination among other claims. An August 2013 order granted defendants' motion to dismiss and judgment was entered (Dkt. Nos. 90, 91). He has, since then, filed a number of appeals. An October 2013 order granted his application to proceed *in forma pauperis* on appeal and denied a motion to stay the judgment pending appeal (Dkt. No. 11).

In November and December 2013, defendants Children's Hospital and Research Center in Oakland and National Labor Relations Board moved to declare plaintiff a vexatious litigant. Plaintiff was subsequently declared a vexatious litigant, after a hearing and briefing (Dkt. Nos. 136, 143).

In March 2013, plaintiff filed the instant "application to proceed in forma pauperis appeal from the order declaring plaintiff / appellant a vexatious litigant." Mr. Shek states that he is not presently employed, has "rental income pending Bankruptcy 9th Cir. panel's decision. The rental income is $675.00 with annual income of less than FPG in 2014. (Which is $11,670) one person," owns a "Mercedez" vehicle, and incurs rent expenses of $860.00 per month (Dkt. No. 150). Although his appeals are largely meritless, the Court will allow John Shek to proceed *IN FORMA PAUPERIS* solely as to the appeal from the order declaring him to be a vexatious litigant (and not as to any other appeal).

**IT IS SO ORDERED.**

Dated: March 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2