IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

  v.

CHILDERN HOSPITAL RESEARCH
CENTER IN OAKLAND, et al.,

    Defendants.

No. C 13-02017 WHA

**ORDER RE
DOCKET NUMBER 158**

In August 2013, judgment was entered (Dkt. No. 91). *Pro se* plaintiff John Shek then filed his notices of appeal. This action is pending before our court of appeals. *Shek v. Children Hospital Research Center in Oakland, et al.*, No. 13-17032 (9th Cir.).

On May 16, the Clerk's office received a document entitled "judicial notice in support [of] motion for order to file substitute reply brief" (Dkt. No. 158). Until a mandate issues, the undersigned judge does not have jurisdiction to rule on Mr. Shek's request for judicial notice. Mr. Shek should file any appellate documents with our court of appeals.

**IT IS SO ORDERED.**

Dated: May 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE