IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

  v.

CHILDREN HOSPITAL RESEARCH CENTER IN OAKLAND, et al.,

    Defendants.

No. C 13-02017 WHA

**ORDER DENYING PREFILING REVIEW**

    John Shek has filed a litany of actions in our district. Those actions include but are not limited to *Shek v. California Nurses Association*, No. 4:10-cv-04031-PJH; *Shek v. California Nurses Association, et al.*, No. 3:10-cv-01483-EMC; *Shek v. United States Government National Labor Relations, Region 32, et al.*, No. 3:11-cv-00212-WHA; *Shek v. Childrens Hospital Research Center of Oakland, et al*., No. 3:12-cv-04517-WHA; *Shek v. Children Hospital Research Center in Oakland, et al*., No. 3:13-cv-02017-WHA; and *Shek v. Alsup, et al.*, No. 3:14-mc-80152-WHA. In December 2013, he was declared a vexatious litigant (Dkt. No. 136).

    Judgment in this action was entered in August 2013. In August 2014, John Shek submitted for prefiling review a proposed complaint against the "California Nurses Association" and the "United States of America," which the Court has reviewed. The proposed complaint is duplicative of Mr. Shek's prior dismissed actions and is harassing. Prefiling review of the proposed complaint is **DENIED**. The Clerk shall return the papers to Mr. Shek.

    **IT IS SO ORDERED.**

Dated: September 2, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE